UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Borroughs Corporation, et al,

    Plaintiffs,

vs                                                               Case No; 11-12565
                                                                  Honorable Victoria A. Roberts

Blue Cross Blue Shield of Michigan,

    Defendants.
_____/

Flexfab Horizons International, Inc., et al,

    Plaintiffs,

vs                                                               Case No: 11-24213
                                                                  Honorable Victoria A. Roberts

Blue Cross Blue Shield of Michigan,

    Defendants.
_____/

American Seating Company, et al,

    Plaintiffs,

vs                                                              Case No: 11-14326
                                                                  Honorable Victoria A. Roberts

Blue Cross Blue Shield of Michigan,

    Defendant.
_____/

Great Lakes Casting LLC, et al,

    Plaintiffs,

vs                                                              Case No: 11-14328
                                                                  Honorable Victoria A. Roberts

Blue Cross Blue Shield of Michigan,

    Defendant.

_____/

Star of the Weset Milling Company,

    Plaintiffs,

vs                                                          Case No: 1-14332
                                                             Honorable Victoria A. Roberts

Blue Cross Blue Shield of Michigan,

    Defendant.

_____/

Magna International of America, Inc., et al,

    Plaintiffs,

vs                                                         Case No: 11-14828
                                                              Honorable Victoria A. Roberts

Blue Cross Blue Shield of Michigan,

    Defendant.

_____/

Eagle Alloy, Inc., et al,

    Plaintiffs,

vs                                                         Case No: 11-15062
                                                              Honorable Victoria A. Roberts

Blue Cross Blue Shield of Michigan,

    Defendant.

_____/

Whitehall Products, LLC, et al,

    Plaintiffs,

vs                                                         Case No: 11-15136
                                                              Honorable Victoria A. Robertrs

Blue Cross Blue Shield of Michigan,

    Defendant.

_____/

Morbark, Inc., et al,

    Plaintiffs,

vs                                                Case No: 12-12843
                                                   Honorable Victoria A. Roberts

Blue Cross Blue Shield of Michigan,

    Defendant.
_____/

Adrian Steel Company, et al,

    Plaintiffs,

vs                                                Case No: 12-15614
                                                   Honorable Victoria A. Roberts

Blue Cross Blue Shield of Michigan,

    Defendant.
_____/

## ORDER

In light of the Sixth Circuit opinion filed on May 14, 2014 in *Hi-Lex Controls, Inc., et al, v Blue Cross Blue Shield of Michigan*, the Court would like to schedule a status conference in the above pending cases, currently administratively stayed.

The conference is set for Monday, June 2, 2014 at 11:00 am. in Judge Roberts' chambers.

**IT IS ORDERED.**

                                                /s/ Victoria A. Roberts
                                                Victoria A. Roberts
                                                United States District Judge

Dated: May 21, 2014

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on May 21, 2014.

s/Linda Vertriest
Deputy Clerk